**\*\*NOT FOR PRINTED PUBLICATION \*\***

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| JONNA BLOODWORTH and JAIME BLANTON, | § § § | |
| *Plaintiffs,* | § § | |
| V. | § § | CASE NO. 4:13cv320 Judge Clark/Judge Mazzant |
| WAL-MART REAL ESTATE BUSINESS TRUST, | § § § § | |
| *Defendant.* | § | |

## ORDER OF DISMISSAL

Before the court is the parties' Joint Stipulation of Dismissal with Prejudice [Doc. #7].

It is **ORDERED** that the Joint Stipulation of Dismissal with Prejudice [Doc. #7] is accepted by the court. The court further **ORDERS** that plaintiffs' claims and causes of action against defendant are **DISMISSED** in their entirety, with prejudice, with each party to bear their own costs, expenses, and attorney's fees.

All relief not previously granted is hereby **DENIED**.

The Clerk is directed to **CLOSE** this civil action.

So **ORDERED** and **SIGNED** this **29** day of **August, 2013.**

_____
Ron Clark, United States District Judge